UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAN SOUTHARD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　Defendant. | Case No. 2:10-cv-11556-PJD-MKM<br><br>District Judge Patrick J. Duggan |

## **STIPULATION AND ORDER OF DISMISSAL**

　　　　Plaintiff, Jan Southard, and Defendant Wal-Mart Stores East, L.P., incorrectly identified in the Complaint as Wal-Mart Stores, Inc., by their counsel, hereby stipulate that this action be dismissed with prejudice and with each party to bear their own costs and attorneys' fees.

| | |
|---|---|
| AMBROSE LAW GROUP<br>Attorneys for Plaintiff | BARNES & THORNBURG LLP<br>Attorneys for Defendant |
| /s/with consent of William A. Godfrey | /s/ Kelly A. Powis |
| William A. Godfrey (P72922)<br>1007 East West Maple<br>Walled Lake, Michigan 48390<br>Telephone: (248) 624-5500<br>Facsimile: (248) 624-6960<br><br>Attorney for Plaintiff | Michael P. Palmer (P71753)<br>600 1st Source Bank Center<br>100 North Michigan Street<br>South Bend, Indiana 46601-1632<br>Telephone: (574) 237-1135<br>Facsimile: (574) 237-1125<br>E-mail: michael.palmer@btlaw.com<br><br>Kelly A. Powis (P71876)<br>171 Monroe Avenue, N.W., Suite 1000<br>Grand Rapids, Michigan 49503-2694<br>Telephone: (616) 742-3984<br>Facsimile: (616) 742-3999<br>E-mail: kelly.powis@btlaw.com<br><br>Attorneys for Defendant |

IT IS HEREBY ORDERED that this action be, and hereby is, DISMISSED with prejudice and with each party to bear their own costs and attorneys' fees.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: October 18, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 18, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

GRDS01 406492v1